UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

DANIEL T. RAYMUR,

    Plaintiff,

v.                                          4:09-cv-31
                                        *Mattice*

NURSE BRENDA BURNS,

    Defendant.

## **MEMORANDUM**

This is a *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2009, the court received a letter from the Lincoln County, Tennessee, Sheriff's Department, in which it was stated that Daniel T. Raymur was released from that facility on August 14, 2009. Plaintiff Raymur has not informed the court of his release nor of his current mailing address. In the court's initial order, plaintiff was ordered to inform the court immediately of any address changes. Plaintiff was also advised that failure to provide a correct address within ten days following any change of address would result in the dismissal of this action.

Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute and to comply with the orders of this court. Fed. R. Civ. P. 41(b);

*Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

>	*/s/Harry S. Mattice, Jr.*
>	HARRY S. MATTICE, JR.
>	UNITED STATES DISTRICT JUDGE